# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3005

_____

United States of America

*Plaintiff - Appellee*

v.

Paula Cole

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: February 10, 2021
Filed: February 16, 2021
[Unpublished]

_____

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Paula Cole appeals after she pleaded guilty to perjury and the district court[1] imposed a sentence that varied downward from the advisory sentencing guideline

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

range. Her counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the four-month prison sentence and four-month home detention as unreasonable.

Having reviewed the record under a deferential abuse-of-discretion standard of review, <u>see</u> <u>Gall v. United States</u>, 552 U.S. 38, 41 (2007), we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); <u>see also</u> <u>United States v. Dunn</u>, 928 F.3d 688, 694 (8th Cir. 2019); <u>United States v. Lazarski</u>, 560 F.3d 731, 733 (8th Cir. 2009). Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

_____